UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK BANKS,<br><br>        Plaintiff,<br><br>    v.<br><br>DONOVAN COCAS, et al.,<br><br>        Defendants. | Case No. 17-cv-04236-JD<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner in Ohio, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. He has been granted leave to proceed in forma pauperis. Plaintiff presents allegations against several United States Attorneys and Federal Judges in the Western District of Pennsylvania. He also names the Federal Bureau of Investigation and the Central Intelligence Agency as defendants. Plaintiff filed an earlier case with the same allegations against the same defendants that was transferred to the Western District of Pennsylvania. *See Banks v. Song*, No. 17-cv-4100 JD. This case is **DISMISSED** as duplicative. *See Adams v. Cal. Dept. of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007).[1]

**IT IS SO ORDERED.**

Dated: November 7, 2017

JAMES DONATO
United States District Judge

---

[1] The Court notes that plaintiff has been declared a vexatious litigant in the Western District of Pennsylvania. *See, e.g.*, *Banks v. Babcock*, No. 15-1584, 2017 WL 978101 (W.D. PA March 14, 2017).

United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

FREDERICK BANKS,

    Plaintiff,

v.

DONOVAN COCAS, et al.,

    Defendants.

Case No. 17-cv-04236-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 7, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Frederick Banks ID: 05711-068
Ohio Department of Rehabilitation and Correction
2440 Hubbard Road
Youngstown, OH 44505

Dated: November 7, 2017

                                        Susan Y. Soong
                                        Clerk, United States District Court

                                        By: *Lisa R. Clark*
                                        LISA R. CLARK, Deputy Clerk to the
                                        Honorable JAMES DONATO